# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>  vs.<br>ARMANDO MAYORGA,<br><br>                                Defendant. | CASE NO. 14CR3007-LAB<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2)** |

On September 29, 2015, this Court sentenced Armando Mayorga to 120 months in custody after he pled guilty to conspiracy to distribute 3.3 kilograms of methamphetamine. Mr. Mayorga recently filed a motion to reduce his sentence under 18 U.S.C. § 3582(c).

Section 3582(c)(2) authorizes a court discretion to reduce a defendant's original sentence when the sentence is based on a guideline range that has subsequently been lowered by an amendment to the Guidelines. After Mr. Mayorga was sentenced, the U.S. Sentencing Commission approved Amendment 782 to the Guidelines, which lowered the sentencing range for most drug offenses by 2 levels. The Commission also voted to make the changes retroactive.

In imposing Mr. Mayorga's original sentence, the Court reduced his criminal history 1 level from Level IV to Level III. The Court also granted a 48 month variance from the low end of the applicable Guideline range of 168 – 210 months. In calculating Mr. Mayorga's amended Guideline range according to the limitations imposed by § 3582(c), the Court must

back out any departure or variance, other than a departure for Substantial Assistance – which is not in play here. *See United States v. Pleasant*, 704 F.3d 808, 812 (9th Cir. 2013). With the 48 month variance no longer counted, the low end of the Mr. Espinoza's amended Guideline range is 135 months – higher than the Court's original 120 month sentence.[1] A court may not reduce a sentence under 3582(c)(2) below the low end of the amended Guideline range. *Guidelines Manual*, § 1B1.10(b)(2)(A).

Mr. Mayorga is not eligible for reduction of sentence under § 3582(c). His motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: October 13, 2017

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[1] Mr. Mayorga's original Guideline level was based on an adjusted offense level of 33, calculated as follows: Base Offense Level: 36; Acceptance of Responsibility Adjustment: -3. His sentencing range was 168 – 210 months, but the Court varied 48 months from the low end of the Guideline range to impose a sentence of 120 months..

His amended Guideline level is 31, calculated as follows: Base offense level: 34; Acceptance of Responsibility Adjustment: -3. With a Criminal History Category of III, Mr. Mayorga's amended Guideline range is 135 – 168.